IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:
Alfred Welesley Grey         )          Case No.: 6:11-bk-10531-ABB
Debtor                       /          Chapter 13

## ORDER GRANTING DEBTOR'S VERIFIED MOTION TO STRIP BAC HOME LOANS SERVICING (LOAN No. 154385026) AND DETERMINATION THAT CLAIM IS UNSECURED (DOC. No. 18)

This case came on for consideration upon the Debtor's Verified Motion to Strip Lien of BAC Home Loans Servicing (Loan No. 154385026), (Doc. No. 18). The Court, being fully informed in the premises, finds that the request has merit and should be granted. Accordingly, it is hereby:

ORDERED AND ADJUDGED AS FOLLOWS:

1. The Motion to Avoid Lien is granted.

2. Creditor, BAC Home Loans Servicing (Loan No. 154385026), has an Equity Line of Credit lien on the Debtor's homestead located at 3127 Dudley Drive, Deltona, FL 32738-1422, more particularly described as:

*LOT 5 BLK 869 DELTONA LAKES UNIT 34*
(the "Lien').

3. BAC Home Loans Servicing shall have an allowed Secured Claim in the amount of zero ($0.00) and an Unsecured Claim allowed in the amount of $122,145.62.

4. Upon entry of the discharge, the Lien is avoided and extinguished automatically without further order provided; however, if the Debtor fails to make all required payments and no discharge is entered, the Lien shall survive and remain fully enforceable.

DONE AND ORDERED in Orlando, Florida, this 2nd day of September 2011.

_____
ARTHUR B. BRISKMANN
United States Bankruptcy Judge

Copies furnished to:
**Debtor**, Alfred Welesley Grey, at 3127 Dudley Drive, Deltona, FL 32738-1422.
**Attorney for Debtor,** Barry N. Brumer, Esq., at 900 East Michigan Street, Orlando, FL 32806
**Chapter 13 Trustee,** Laurie K. Weatherford, at Post Office Box 3450, Winter Park, FL 32790
**Creditor,** BAC Home Loans Servicing, at 450 American Street, Simi Valley, CA 93065.